**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                            :
In re:                                      : Chapter 7
                                            :
WAVE SYSTEMS CORP.,¹                        : Case No. 16-10284 (KJC)
                                            :
                    Debtor.                 :
                                            :
                                            :
                                            :
-----------------------------------------------------------------x
```

**DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX**

I, Walter Shephard, the designated representative of the above-captioned debtor (the

"**Debtor**"), declare under penalty of perjury that I have reviewed the List of Creditors

submitted herewith, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice

and Procedure for the United States Bankruptcy Court for the District of Delaware,

containing the complete list of creditors of the Debtor, and hereby verify that the information

contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the

Debtor's books and records; the Debtor has not completed a comprehensive legal and/or

factual investigation with regard to possible defenses to any claims of the potential claimants

included in the List of Creditors.  In addition, certain of the entities included in the List of

Creditors may not hold outstanding claims as of the date hereof, and thus may not be

creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice

purposes out of an abundance of caution.  Therefore, the List of Creditors does not and

should not be deemed to constitute: (1) an acknowledgement that any person or entity listed

---

¹  The last four digits of the Debtor's taxpayer identification number are (7246).  The Debtor's address is 480
Pleasant Street, Lee, MA 01238.

currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.  In addition, the List of Creditors does not include the Debtor's customers because not all customers are likely to be a current creditor of the Debtor, because such informational may be confidential information, and because the Debtor's customer list constitutes a marketable and valuable asset of the Debtor's estate.


Date:  February 3, 2016                              WAVE SYSTEMS CORP.,

                                                     */s/ Walter Shephard*
                                                     Walter Shephard
                                                     Designated Representative

ADAMS, BRENDA J.
96 POMEROY AVE., APT. B
PITTSFIELD, MA  01201

AHAMMED, ZABED
P.O. BOX 3003
SANTA CLARA, CA  95055

ALDERTON, ROBERT P.
1 BIRCHWOOD LANE
LENOX, MA  01240

ALLEN, LARK M.
1921 HUNTING RIDGE
RALEIGH, NC  27615

AARAL, TEREZA
906 WALSH AVE.
LANGHORNE, PA  19047

ANDERSON, JAY ALAN
4207 FAIRMEADOW DRIVE
ROUND ROCK, TX  78055

ANDERSON, NICHOL A.
311 ENCHANTED HILL WAY
AUSTIN, TX  78738

ARNOLD, KELLY STEWART
8401 EMERALD HILL DRIVE
AUSTIN, TX  78759

ATTESI, DIANE M.
14 FAIRVIEW ST. EAST
GREENFIELD, MA  01301

AVERY, ANDREW
7607 ALMOND SPRINGS DRIVE
HOUSTON, TX  77095

AVERY, JON C.
2851 STATE ROAD
RICHMOND, VA  01254

BALLARD, JASON B.
380 SE 12TH AVENUE
POMPANO BEACH, FL  33060

BEBTCHOUCK, VICTOR
805 EMERALD BAY LANE
FOSTER CITY, CA  94404

BERGER, BRIAN DOUGLAS
23518 SANDSTONE
MISSION VIEJO, CA  92692

BERGERON, KENNETH A.
981 TINKHAM ROAD
WILBRAHAM, MA  01095

BHARDWAJ, GAURAV
135 RIO ROBLES EAST, APT. 178
SAN JOSE, CA  95134

BHAT, GIRISH K.
20530 VIA PORTOFINO
CUPERTINO, CA  95014

BIRGER, SLAVIK
6094 CALLE DE AMOR
SAN JOSE, CA  95124

BOWMAN, SHERIDAN E.
118 MIRAMONTE DRIVE
SANTA CRUZ, CA  95065

BRIGHT, PATRICK J.
6045 LESLIE DRIVE
HUDSON, OH  44236

BRODERICK, JOHN D.
337 HUNGERFORD STREET
PITTSFIELD, MA  01201

BROWN, MICHAEL J.
43921 PINT CT.
FREMONT, CA  94539

BURKE, JEREMIAH D.
1123 OAKLANDS DRIVE
ROUND ROCK, TX  78681

CALLAN, COLLEEN M.
53 MAHAIWE ST., APT. 1

GREAT BARRINGTON, MA  01230

CAMPBELL, BENEDICT M.
83 NORTH HILL ROAD
COLONIA, NJ  07067

CARRICO, CHAD B.
1843 ANTHONY CT.
MOUNTAIN VIEW, CA  94040

CHA, CHIA
18441 SE TILLSTROM ROAD
DAMASCUS, OR  97089

CHANTUU, NYAMDAVAA
418 GREENDALE WAY, APT. 4
SAN JOSE, CA  95129

COCHRANE, SCOTT
193 SOUTH LANE
WEST WINDSOR, NJ  08550

CONSOLATI, AUSTIN J.
51D GOOSE POND ROAD
TYRINGHAM, MA  01264

CONTE, THOMAS RICHARD
740 NE 32ND STREET
BOCA RATON, FL  33431

COVELL, CATHY J.
159 BLUE HILL ROAD
MONTEREY, MA  01245

CROWELL, KIMBERLY M.
27 HUNTINGTON ROAD
HADLEY, MA  01035

DEMYANKOW, ALEXANDER
925 SOUTH WOLFE ROAD, APT. 40
SUNNYVALE, CA  94086

DENG, JEANNIE KWEI CHING
827 SYLVAN AVE.
MOUNTAIN VIEW, CA  94041

DENYES, MICHAEL L.

01:17987207.2

8130 RANDOLPH WAVE, APT. 402
ELLICOTT CITY, MD  21043

DESHPANDE, AMIT S.
5029 ALAN AVE.
SAN JOSE, CA  95124

DO, PHILLIP
1219 ACADIA AVE.
MILPITAS, CA  95035

DONNELLY, STEPHEN
26 WESTWOOD DRIVE
WESTFIELD, MA  01085

DONOVAN, KATHLEEN M.
2 ISABELLA CT.
EAST GREENBUSH, NY  12061

DONOVAN, RICHARD M.
2 ISABELLA CT.
EAST GREENBUSH, NY  12061

DUONG, HA-KIM B.
6896 SESSIONS DRIVE
SAN JOSE, CA  95119

DUPONT, BRADFORD C.
217 POPLAR DRIVE
ELIZABETH CITY, NC  27909

ECKERT, RYAN E.
255 GREYLOCK STREET
LEE, MA  01238

EGAN, JOHN J.
41 SAND PIPER DRIVE
HACKETTSTOWN, NJ  07840

EREMITA, JOSEPH J.
19 COLTS NECK TERRACE
HAMILTON, NJ  08620

FEENEY, GERARD T.
9 HERITAGE LANE
ANDOVER, MA  01810

FITZGERALD, JOHN
770 CROSSFIRE RIDGE
MARIETTA, GA  30064

FLEISCHER, JEFFREY L.
1570 DOUBLE EAGLE TRAIL
NAPLES, FL  34120

FRANK, WILLIAM F.
63 APPLETREE ROAD
AUBURN, NH  03032

FRIX, SCOTT W.
15421 GOLD VIEW DRIVE
HAYMARKET, VA  20169

GOLDSTEIN, MERCEDES
292 HOUSATONIC STREET
LENOX, MA  01240

GRANT, RICHARD A.
186 DRIFT AVE.
LAWRENCE, NJ  08648

GREEN, EDWARD A.
8350 WINGATE DRIVE, UNIT 927
SARASOTA, FL  34238

GREENBERG, IRA B.
953 FOXGLOVE DRIVE
SUNNYVALE, CA  94086

GULIANI, HEATHER N.
3212 HAWTHORNE AVE.
RICHMOND, VA  23222

HUNTER, DAVID M.
8 ROCK MILL RUN
SKILLMAN, NJ  08558

JANNU, SAINATH
1009 SOUTHRIDGE WOOD
MONMOUTH, NJ  08852

JEFFES, STEVEN M.
358 WEST ROAD
STEPHENTOWN, NY  12168

JOHNSON, TED L.
25 MUIR DRIVE
SOQUEL, CA  95073

KARIEL, EREZ
200 HAVEN AVE., APT. 1N
NEW YORK, NY  10033

KASTRINAKIS, GEORGE J.
125 PAUL DRIVE
LEE, MA  01238

KAZMIERCZAK, GREGORY J.
36 LABAW WAY
BELLE MEAD, NJ  08502

KEENE, CHRISTOPHER T.
95 MARTIN STREET
HOLYOKE, MA  01040

KESARKAR, PRATAP SUBHASH
10 EASTER LANE
LEVITTOWN, PA  19054

KNOSTMAN, KEITH
4117 HIDDEN VIEW CT.
ROUND ROCK, TX  78665

KOHN, KEN
5655 CROYDON AVE.
SAN JOSE, CA  95118

KUEHBERGER, KARL
975 BELMONT TERRACE, UNIT 8
SUNNYVALE, CA  94086

LEE, RICHARD C.
1697 ALABAMA STREET
SAN FRANCISCO, CA  94110

LIM, SAMUEL
3515 BENNETT AVE.
SANTA CLARA, CA  95051

LINDENMEYER, RICHARD M.
3509 SANDY BROOK DRIVE

ROUND ROCK, TX  78665

LIVERMORE, CONRAD
9205 HARPERS XING
LANGHORNE, PA  19047

LOMBARDO, CINDY
130 MAIN STREET
ALLENTOWN, NJ  08501

LRHAZI, KAREN
150 OLD PLEASANT STREET
LEE, MA  01238

LUONG, TRUNG K.
3064 CHIPPENHAM DRIVE
SAN JOSE, CA  95132

MA, YINGJUN
42 WENDOVER ROAD
EAST WINDSOR, NJ  08520

MABE, KENDALL A.
4600 MUELLER BLVD., #3801
AUSTIN, TX  78723

MACKENZIE, STEVEN D.
1614 SWEETBRIAR DRIVE
SAN JOSE, CA  95125

MAIDEO, MADHURA
2452 LOST OAKS DRIVE
SAN JOSE, CA  95124

MARKHAM, JACQUELINE J.
3121 GOLDENOAK CIRCLE
ROUND ROCK, TX  78681

MARSHALL, TREVOR S.
932 RINCON STREET
MOUNTAIN VIEW, CA  94040

MAXWELL, SHAWN E.
1619 E. EVERGREEN STREET
WHEATIN, IL  60187

MAZIARZ, VALE NOWELL

4 MARSHALL AVE.
ADAMS, MA  01220

MCCAHILL, PATRICK J.
4 MALVERN DRIVE
SUMMIT, NJ  07901

MCCALLEN, ADAM W.
714 S. ROYAL STREET
ALEXANDRIA, VA  22314

MELENIAK, EDWARD J.
54 RIVERDALE ROAD
PARK RIDGE, NJ  07656

MIKANIEWICZ, ALLISON M.
1214 LOVERS LANE
WASHINGTON, MA  01223

MILAM, SASHA E.
P.O. BOX 423
STOCKBRIDGE, MA  01262

MIRANTE, MOLLY
63 FALLS BROOK TERRACE
DALTON, MA  01226

MITCHELL, RAYMOND
19852 GERTRUDE STREET
GRETNA, NE  68028

MOHANDAS, GOVINDH
487 SPRING HILL ROAD
SKILLMAN, NJ  08558

MONTERO, PABLO
258 EL BOSQUE DRIVE
SAN JOSE, CA  95134

MOREL, ELAINE T.
421 GREYLOCK STREET
LEE, MA  01238

NATEL, ROBERT A.
3175 STERNER MILL ROAD
QUAKERTOWN, PA  18951

NEISH, RANDALL W.
419 MOORE AVENUE
BADEN, PA  15005

NGUYEN, JAMES TRI
5674 SAN FELIPE ROAD
SAN JOSE, CA  95135

NGUYEN, MARC A.
289 HERLONG AVE.
SAN JOSE, CA  95123

NOWACEK, PAUL V.
10613 RACHEL YATES CT.
LAUREL, MD  20723

PADILLA, RAFAEL A.
8411 E. BROOKWOOD DRIVE
TUCSON, AZ  65750

PANNELL, BRIAN D.
9129 BOWLING GREEN DRIVE
URBANA, MD  21704

PARAB, AVINASH
391 W. CUPERTINO AVENUE
MOUNTAIN HOUSE, CA  95391

{ARAB, ROHINI
10248 WILL CT.
CUPERTINO, CA  95014

PATEL, HIREN B.
35596 LINDA DRIVE
FREMONT, CA  94536

PATTON, GARY S.
9194 LAKE BRADDOCK DR.
BURKE, VA  22015

PELLEGRINI, MARYANNE
10 PINTO DRIVE
PITTSFIELD, MA  01201

PETELL, ANTHONY
15 JOSEPH DRIVE
PITTSFIELD, MA  01201

PHAM, HARVEY
3158 EVERDALE DRIVE
SAN JOSE, CA  95148

PHAN, TRANG THI XUAN
2982 DELANCEY CT.
SAM JOSE, CA  95135

PURCELL, KELLY A.
3418 EAST CLAREMONT
PARADISE VALLEY, AZ  85253

RAJ, SHASHIKALA
3849 MELODY LANE
SANTA CLARA, CA  95051

REYNOLDS, MARK A.
2368 GLENDENNING AVE.
SANTA CLARA, CA  95050

ROMAINE, SUSAN L.
406 MONTEREY ROAD
GREAT BARRINGTON. MA  01230

ROTTI, RICHARD
P.O. BOX 99
LEE, MA  01238

SAMBEL, LINDA E.
19 NARRAGANSETT AVE.
PITTSFIELD, MA  01201

SANCHEZ, LUCIANO
22 CAPITAL BLVD.
WEST SAND LAKE, NY  12196

SCACE, JACOB F.
116 LENOX AVE., APT. 2
PITTSFIELD, MA  01201

SCHROTEL, JUSTIN M.
498 BOYNTON AVE., APT. 13
SAN JOSE, CA  95117

SHAW, YUN
3931 DUNCAN PLACE

01:17987207.2

PALO ALTO, CA  94306

SHEPARD, WALTER A.
26 HARBOR VIEW DRIVE
ESSEX, CT  06426

SHOEMAKER, JAMES W.
101 CROMWELL AVE.
PITTSFIELD, MA  01201

SIMPO, EDWARD A.L.
230 DELORES #307
SAN FRANCISCO, CA  94103

SOLMS, WILLIAM M.
6483 CHESHIRE LANE
MARSHALL, VA  20115

SPRAGUE, ALEXIS A.
111 SWAMP ROAD
PITTSFIELD, MA  01201

SPRAGUE, MICHAEL J.
73 BEDFORD STREET
NEW YORK, NY  10014

SPRAGUE, PETER J.
399 UNDERMOUNTAIN ROAD
P.O. BOX 733
LENOX, MA  01240

SPRAGUE, STEVEN
111 SWAMP ROAD
PITTSFIELD, MA  01201

STREZYNSKI, JAY PETER
19 STRINGER AVE.
LEE, MA  01238

TARBOX, ANDREW W.
11913 AIRLEA DRIVE
NOKESVILLE, VA  20181

TARVER, WILLIAM D.
1500 SAN TOMAS AQUINO ROAD
CAMPBELL, CA  95008

01:17987207.2

TEBEAU, CHRISTOPHER J.
1721 RIVERDALE STREET, APT. 20
WEST SPRINGFIELD, MA  01089

THERRIEN, ANDREW
19 THIRD STREET
PITTSFIELD, MA  01201

THIBADEAU, ROBERT
2 QUEENS COURT
PITTSBURGH, PA  15238

THOTA, KIRANMAYI
15 NEW TURKEY ISLAND ROAD
MONMOUTH JUNCTION, NJ  08852

TIDNAM, SIMON P.
1673 PAGE STREET
SAN FRANCISCO, CA  94117

ULNICK, RICHARD J.
37 SIENA
LAGUNA NIGUEL, CA  92677

UNTHANK, KEVIN
300 APPLE BLOSSOM LANE
CAMPBELL, CA  95008

VEIL, LEONARD S.
20183 BEATTY RIDGE
LOS GATOS, CA  95033

VLASTARIS, JOSEPHINE MAUREEN
89 FRANKLIN COURT
NEWTOWN, PA  18940

WANG, JI
1244 HARRIET AVE.
CAMPBELL, CA  95008

WARGON, MARTIN
5395 LANDON CIRCLE
BOYNTON BEACH, FL  33437

WERHAN, CRAIG
36 TROVA TERRACE
PITTSFIELD, MA  01201

WHEELER, MICHAEL D.
225 MOUNTAIN DRIVE
PITTSFIELD, MA  01201

WICK, SANDRA M.
200 HINSDALE ROAD
DALTON, MA  01226

YOUNG, EDWARD
35 KENDALL ROAD
KENDALL PARK, NJ  08824

ZANOLLI, KRISTA D.
54 DODGE AVE.
PITTSFIELD, MA  01201

FRIEDEL MAROHN
OBRERKASSELERSTRAßE 106
DUSSEDORF, GERMANY 40545

WLIFRIED STEFAN ROTH
ANGERSTRASSE. 1
WALPERTSKIRCHEN, GERMANY 85469

BERNHARD STEINER
MARIA-WARD STRABE 19
PFARRKIRCHEN, GERMANY 84347

MARKUS WESTPHAN
KRAUTGARTENWEG 30
FRANKFURT/MAIN, GERMANY 60439

PATRIZIA FIORETTI
BURGERMEISTER-MEYER-STR 3B
EBERSBERG, GERMANY D-85560

ALEXANDER KOEHLER
SCHWANENSTRASSE 4
FRANKFURT, GERMANY D-60314

JOERG KURKOWSKI
OSSIETZKYSTRASSE 1
MUENCHEN, GERMANY 80686

JONATHAN TAYLOR
THATCHED COTTAGE HOOK ROAD

NORTH WARNBOROUGH
HANTS, UK RG29 1EU

SARA WEEKES
30 THORNLEY CLOSE
ABINGDON
OXON, UK OX14 1GQ

NIKESH NANDEN
147 RANGEFIELD ROAD
BROMLEY
KENT, UK BR1 4RG

JUSTIN HEDLEY
602 ELM TREE AVENUE
KILBURN
BELPER, UK DE56 0NL

PATRICK KING
130 READING ROAD
READING
BERKSHIRE, UK RG 3AD

E.B. KILJAN
LIJSTER 73
SPANBROEK, NETHERLANDS 1715 HC

N. SPEKKELS
VUURBOESSTSDUIN 39
HOOFFDDRORP, NETHERLANDS 2134 XP

J.L. SOUREN
BEUTEWEG 17
LANDGRAAF, NETHERLANDS 6373 LK

BRUNO CHATELLIER
14 LE MORTIER ROUX
ST HILLAIRE DE CLISSON, FRANCE 44190

SOUNAIE EL MIMOUNI
47 AVENUE DE FLANDRE
19 EME ARRONDISSEMENT
PARIS, FRANCE 75019

BELKACEM OULDLAZAI
4 CHEMIN DE FER
ARGENTEUIL, FRANCE 95100

01:17987207.2

MOHAMMED TAHIR
50 HUGHHENDEN LANE
GLASGOW, SCOTLAND UK G12 9XJ

RYAN WU
5F-1, NO. 10, LN 68 SEC 1
WENHAU 2ND RD, LINKOU
TAIPEI, TAIWAN 244

101 MORGAN HOLDINGS LLC
C/O PREMIER PROPERTIES
110 HILLSIDE BLVD, SUITE 15
LAKEWOOD, NJ  08701

ABAQUS INC.
530 UNIVERSITY AVE
PALO ALTO, CA  94301

ACENDEX
23250 CHAGRIN BLVD
SUITE 200
BEACHWOOD, OH  44122

ACE PROJECT
825 LEBOURGNEUF BLVD.
OFFICE #212
QUEBEC, CANADA G2J OB9

ADP, INC.
PO BOX 9001006
LOUISVILLE, KY  40290-1006

AUTOMATIC DATA PROCESSING
225 SECOND AVE.
WALTHAM, MA  02154

AUTOMATIC DATA PROCESSING
PO BOX 7247-0372
PHILADELPHIA, PA  19170-0372

ADP INTERNATIONAL SERVICES BV
LYLAN TSE BAAN 1
2908 LG CAOELLE AAN DEN IJSSEL
THE NETHERLANDS

ADP LIMITED

SYWARD PLACE
PYCROFT ROAD
CHERTSEY, SURREY KR16 9JT
UNITED KINGDOM

ADP SCREENING & SELECTION SERV
PO BOX 645177
CINCINNATI, OH  45264-5177

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA  15250-7967

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA  15250-7967

AEC ALARMS
499 E. TAYLOR STREET
SAN JOSE, CA  95112-3138

AFCEA EXPOSITION MANAGEMENT
J SPARGO & ASSOCIATES, INC
11212 WAPLES MILL ROAD, SUITE 112
FAIRFAX, VA  22030

AFCEA INTERNATIONAL
4400 FAIR LAKES COURT
FAIRFAX, VA  22033

AFCEA EUROPE
105 REU COLONEL BOURG
1030 BRUSSELS, BELGIUM

AGENT M PRODUCTIONS LTD
43A SEDGEMERE AVENUE
LONDON N2 0SY
UNITED KINGDOM

AIP-FEIRAS,CONGRESSOS EEVENTOS
PRACA DAS INDUSTRIAS, 1300-307
LISBOA, PORTUGAL, BRAZIL

AIRCOM MECHANICAL INC
340 S MILPITAS BLVD
MILPITAS, CA  95035

01:17987207.2

16

AIRWAYS FREIGHT CORPORATION
PO BOX 1888
FAYETTEVILLE, AR  72702

AKJ ASSOCIATES LTD.
27 JOHN STREET
LONDON, UK  WC1N 2BX
UNITED KINGDOM

ALL ABOUT SECURITY
DAVOR KOLARIC
ALTE MUNCHNER STRABE 12
D-82407 WIELENBACH

AMAZON.COM LLC
PO BOX 81207
SEATTLE, WA  98108

AMAZON WEB SERVICES
PO BOX 81207
SEATTLE, WA  98108

SHILOH VENTURES INC
DBA AMERICAN INTERIOR PLANT SV
491 MAPLE AVENUE
MILPITAS, CA  95035

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ  07101-1270

AMERICAN GLOBAL LLC
6280 E. PLACITA DEL NIDO
TUCSON, AZ  85750

ANALYTIC SEARCH GROUP, LLC
ATTN: PHILIP BARTFIELD
174 NASSAU STREET #301
PRINCETON, NJ  08542

JAY ANDERSON
4207 FAIRMEADOW DRIVE
POTEET, TX  78065

NICHOL ANDERSON
311 ENCHANTED HILLTOP WAY
AUSTIN, TX  78738

LAKESOUTH INC
DBA ANSWER QUEST
EXECUTIVE SEARCH
1055 SOUTH FEDERAL HWY
HOLLYWOOD, FL  33020

ANTERIS SOLUTIONS, INC
449 PITTSFIELD ROAD, SUITE 101
LENOX, MA  01240

ARAMARK REFRESHMENT SERVICES
229 ROBBINS LANE
SYOSSET, NY  11791

ARAMARK REFRESHMENT SERVICES
6800 JERICHO TURNPIKE, SUITE 120W
SYOSSET, NY  11791

THE ARCHIVE
DATA STORAGE CENTERS
50 DOWNING TWO
PITTSFIELD, MA  01201

ASSET INTERTECH, INC.
17791 FITCH AVE
IRVINE, CA  92614

ARKANSAS DEPT OF WORKFORCE SVS
ATTN: CASHIER
PO BOX 8007
LITTLE ROCK, AR  72203-8007

AMERICAN STOCK TRANSFER
& TRUST COMPANY LLC
PO BOX 12893
PHILADELPHIA, PA  19176-0893

AT CONFERENCE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 2939
SOUTHAMPTON, NY  11969

ATLASSIAN PTY LTD
32151 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0321

01:17987207.2

AT&T
PO BOX 5025
CAROL STREAM, IL  60197

AT&T
PO BOX 5019
CAROL STREAM, IL  60197

AURA SOLUTIONS, LLC
C/O STEFANO ESPOSITO
4400 N SCOTTSDALE RD
SUITE 9-314
SCOTTSDALE, AZ  85251

HEWLETT-PACKARD CO
PO BOX 8374
PASADENA, CA  91109-8374

CIT
PO BOX 93000
CHICAGO, IL  60673-3000

CIT
PO BOX 93000
CHICAGO, IL  60673

ANDREW AVERY
7607 ALMOND SPRINGS DR
HOUSTON, TX  77095

JON AVERY
2851 STATE ROAD
RICHMOND, MA  01254

B & H FOTO & ELECTRONICS CORP
420 NINTH AVE
NEW YORK, NY  10001

BACK BAY ACCOUNTING
SOFTWARE CONSULTANTS, INC.
6 CHELSEA PLACE
SUITE 200
CLIFTON PARK, NY  12065

JOHN E BAGALAY JR

4513 EDGEMONT DRIVE
AUSTIN, TX  78731

KIM'S BAGEL INC
10 SCHALKS CROSSING ROAD
PLAINSBORO, NJ  08536

BAKER BOTTS, LLP
PO BOX 301251
DALLAS, TX  75303-1251

BATTERY PLEX INC.
4613 N. UNIVERSITY DR., #417
CORAL SPRINGS, FL  33067

BLUE CROSS AND BLUE SHIELD
OF MASSACHUSETTS, INC
PO BOX 371318
PITTSBURGH, PA  15250-7318

BRIAN BERGER
23518 SANDSTONE
MISSION VIEJO, CA  92692

BERKSHIRE CHAMBER OF COMMERCE
66 ALLEN STREET
PITTSFIELD, MA  01201

BERKSHIRE CORPORATE REALTY LLC
480 PLEASANT STREET
LEE, MA  01238

THE BERKSHIRE EAGLE
NEW ENGLAND NEWSPAPERS, INC.
PO BOX 65230
COLORADO SPRINGS, CO  80962-5230

BERKSHIRE MOUNTAIN SPRING
WATER DISTRIBUTING COMPANY
P.O. BOX 279
214 NORFOLK RD
SOUTHFIELD, MA  01259

BIRD & BIRD
4/F THREE PACIFIC PLACE
1 QUEEN'S ROAD EAST

HONG KONG, CHINA

SYSTECH IT SOFTWARE LIMITED
FLAT 2, ORION HOUSE
COVENTRY ROAD, E1 5RX
LONDON, UNITED KINGDOM

BLACKFORT BUSINESS SERVICES
VERAATLAAN 8
2288 GM, RIJWIJK
THE NETHERLANDS

BOMGAR CORPORATION
578 HIGHLAND COLONY PKWY
PARAGON CENTER, SUITE 140
RIDGELAND, MS  39157

BOREIOTE LLC
BEN & JERRY'S
179 SOUTH STREET
PITTSFIELD, MA  01201

BRADLEY-MORRIS, LLC
1825 BARRETT LAKES BLVD
SUITE 300
KENNESAW, GA  30144

BRAFTON, INCORPORATED
ONE WINTHROP SQUARE
5TH FLOOR
BOSTON, MA  02110

BRAINTREE PAYMENT SOLUTIONS
1811 W NORTH STE 403
CHICAGO, IL  60622

BRATTAIN MERCHANDISING
115 23RD AVE S
SAINT PETERSBURG, FL  33705

BREDE EXPOSITION SERVICES
2502 LAKE ORANGE DRIVE
ORLANDO, FL  32837

DEREK BRINK

11 ADELLA DRIVE
NASHUA, NH  03063

BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA  02241-6423

BRODEUR & COVILLE, LLC
399 BOYLSTON STREET
BOSTON, MA  02116

N. BUSHNELL
13515 BAYLISS ROAD
LOS ANGELES, CA  90049

BYRON ADVISORS, LLC
SUITE 20A, 1623 3RD AVE.
NEW YORK, NY  10128

CALIFORNIA STATE CONTROLLER
UNCLAIMED PROPERTY DIVISION
BUREAU OF ACCOUNTING
P.O. BOX 942850
SACRAMENTO, CA  94250-5873

J.J.R ENTERPRISE INC.
CALTRONICS BUSINESS SYSTEMS
10491 OLD PLACERVILLE RD
SUITE 150
SACRAMENTO, CA  95827

CANADIAN STANDARDS ASSOC, INC.
CSA INTERNATIONAL
178 REXDALE BLVD
TORONTO, ONTARIO M9W 1R3
CANADA

CUPERTINO CITY CENTER BLDNG
PROMETHEUS REAL ESTATE GROUP
20400 STEVENS CREEK ROAD
SUITE 130
CUPERTINO, CA  95014

CARNEGIE MELLON UNIVERSITY
CYLAB
4720 FORBES AVENUE
CIC BUILDING

PITTSBURGH, PA  15213

CAROUSEL INDUSTRIES OF NA INC
PO BOX 842084
BOSTON, MA  02284-2084

CATALYST GLOBAL
CAPITAL MARKETS COUNSEL
149 MADISON AVENUE
11TH FLOOR
NEW YORK, NY  10016

CBC GROUP LLC
1944 LOMA LINDA DR
IRVING, TX  75063

CCH
P O BOX 4307
CAROL STREAM, IL  60197-4307

CDM MEDIA USA, INC.
155 N WACKER DRIVE
SUITE 3600
CHICAGO, IL  60606

CDW DIRECT
PO BOX 75723
CHICAGO, IL  60675-5723

CDW CORPORATION
200 N MILWAUKEE AVE
VERNON HILLS, IL  60061

THE ACCOUNTANT GCHQ
ROOM A2J
HUBBLE ROAD, CHELTENHAM
GLOUCESTERSHIRE, GL51 0EX
UNITED KINGDOM

DAVE CHALLENER
713 HUNTING RIDGE ROAD
RALEIGH, NC  27615

THE CHATEAU GROUP, LLC
24970 O'KEEFE LANE
LOS ALTOS, CA  94022

R.S. CHEHEYL
130 LANE'S END
CONCORD, MA  01742

DFAS
OLGA CHEN
US NAVAL RESEARCH LAB, CODE5541
4555 OVERLOOK AVE, SW
WASHINGTON, DC  20375

CHUBB AND SON
A DIVISION OF FEDERAL INS CO
DEPT 10394
PALATINE, IL  60055-0394

CINTAS CORPORATION
CINTAS DOCUMENT MANAGEMENT
PO BOX 633842
CINCINNATI, OH  45263-3842

CISCO WEBEX LLC
16720 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

CITRIX ONLINE LLC
7414 HOLLISTER AVENUE
GOLETA, CA  93117

CLERK RECORDER
C/O SCC  TAX COLLECTOR
COUNTY GOV CNTR-E WING 6TH FL
70 WEST HEDDING STREET
SAN JOSE, CA  95110-1767

CLEVERBRIDGE, INC.
360 N MICHIGAN AVENUE
SUITE 1900
CHICAGO, IL  60601

CLICKY WEB ANALYTICS
THE CLK GROUP, LLC
9 BRADFORD COURT
WEST WINDSOR, NJ  08550

COCA-COLA REFRESHMENTS

PO BOX 740214
LOS ANGELES, CA  90074-0214

COCA-COLA REFRESHMENTS
PHILADELPHIA SALES CENTER
PO BOX 8500S - 2735
PHILADELPHIA, PA  19178-2735

COCA COLA REFRESHMENTS
GREENFIELD SALES CENTER
PO BOX 4108
BOSTON, MA  02211-4108

COMCAST
PO BOX 840
NEWARK, NJ  07101-0840

COMCAST
PO BOX 37601
PHILADELPHIA, PA  19101

COMODO CA LTD
3RD FLOOR, 26 OFFICE VILLAGE
EXCHANGE QUAY, TRAFFROD ROAD
SALFORD, MANCHESTER M5 3EQ
UNITED KINGDOM

CPA GLOBAL LIMITED
2318 MILL ROAD
12TH FLOOR
ALEXANDRIA, VA  22314

COMPENSIA, INC.
125 S MARKET STREET
SUITE 1000
SAN JOSE, CA  95113

COMPUTERSHARE
DEPT. CH 19228
PALATINE, IL  60055-9228

CORDERO PRINTING & GRAPHICS
370 LAURELWOOD ROAD STE 110
SANTA CLARA, CA  95054

CORE MOTIVES, LLC

POB 98061
ATLANTA, GA  30359

MARY ANN WLOSZEK
CORNERSTONE LAW GROUP
575 MARKET STREET
SUITE 3050
SAN FRANCISCO, CA  94105

CORPORATE COMMUNICATIONS
27 OTIS STREET
WESTBOROUGH, MA  01581

COSTCO BUSINESS DELIVERY
22330 HATHAWAY AVENUE
HAYWARD, CA  94541

DAVID COTE
24970 O'KEEFE LANE
LOS ALTOS, CA  94022

COUGHLIN ASSOCIATES
STORAGE VISIONS CONFERENCE
1665 WILLOWMONT AVE
SAN JOSE, CA  95124

COVERITY, INC
PO BOX 49162
SAN JOSE, CA  95161-9161

CRANWELL RESORT, SPA & GOLF CLUB
55 LEE ROAD
LENOX, MA  01240

CHARLES RUSSELL SPEECHLYS LLP
ONE LONDON SQUARE, CROSS LANES
GUILDFORD, SURREY GUI 1UN
UNITED KINGDOM

CRYPTOSHOP
CRYPTAS IT-SECURITY GMBH
FRANZOSENGRABEN 8/4, OG
VIENNA, AUSTRIA A-1030

CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA  19101-3397

01:17987207.2

CTC CORPORATION
ONE POSSUMTOWN ROAD
PISCATAWAY, NJ  08854

CITY OF CUPERTINO
10300 TORRE AVENUE
CUPERTINO, CA  95014-3255

CUSIP GLOBAL SERVICES
STANDARD & POOR'S CUSIP
2542 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

D2B INFORMATIQUE
SAS AU CAPITAL DE 1.000.200 EU
29, REU DU PROGRES
93107 MONTREUIL CEDEX
FRANCE

DAK GESUNDHEIT
POSTZENTRUM
22779 HAMBURG, GERMANY

DELL MARKETING L P
ATTN: MICHAEL NEUMAN
C/O DELL USA L P
PO BOX 643561
PITTSBURGH, PA  15264-3561

DELAWARE SECRETARY OF STATE
STATE OF DELAWARE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY  13902-5509

DELAWARE VALLEY PAYROLL, INC.
2 SPRINGSIDE ROAD
MOUNT HOLLY, NJ  08060

DELAWARE DIVISION OF REVENUE
PO BOX 8751
WILMINGTON, DE  19899-8751

DETF
DIVISION OF UNEMPLOYMENT INSURANCE
EMPLOYER CONTRIB. OPERATIONS

PO BOX 9953
WILMINGTON, DE  19809-0953

DELL MARKETING
C/O DELL USA L.P.
P.O. BOX 676044
DALLAS, TX  75267-6044

DELTEK, INC.
PO BOX 79581
BALTIMORE, MD  21279-0581

DESIGNING WITH NATURE
ATTN: J. JOHNSON
25 - 18TH STREET
BURLINGTON, NJ  08016-3631

DG CONSULTANTS
5/7, RUE DE L'AMIRAL COURBET
94 160 SAINT-MANDE
FRANCE

DHL EXPRESS-USA
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

DICE HOLDINGS, INC.
4939 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

DIGICERT
2600 WEST EXECUTIVE PARKWAY
SUITE 500
LEHI, UT  84043

DISCOVERORG LLC
12518 NE 95TH STREET
VANCOUVER, WA  98682

DIGITAL MANAGEMENT, INC
6550 ROCK SPRING DRIVE
7TH FLOOR
BETHESDA, MD  20817

DOCMAGIC

1800 WEST 213TH STREET
TORRANCE, CA  90501

DOCUMAGIX, INC.
C/O JENNIFER SCHMITZ
2880 ZANKER RD.--SUITE 2
SAN JOSE, CA  95134

DONOHOE ADVISORY ASSOC LLC
9901 BELWARD CAMPUS DRIVE
SUITE 175
ROCKVILLE, MD  20850

DOWNEY & COMPANY LLP
222 FORBES ROAD
BRAINTREE, MA  02184

DUDINSKY LISKER & ASSOCIATES
305 E.CAPITOL ST., S.E.
WASHINGTON, DC  20003

EARTHLINK BUSINESS
PO BOX 88104
CHICAGO, IL  60680-1104

EINSTEIN NOAH RESTAURANT GROUP
PO BOX 848861
LOS ANGELES, CA  90084

EML TRANSLATIONS
EMILIE BENEITEZ LEFEBVRE
52A PALACE COURT
LONDON W2 4SW
UNITED KINGDOM

ENEX LIMITED
TECHNIUM SPRINGBOARD
LLANTARNAM PARK
CWMBRAN NP44 3AW

ENTERPRISE RENT-A-CAR
ATTN: ACCTS RECEIVABLE
8 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT  06096-1015

EPITOMEE LIMITED

60 MANSFIELD DRIVE
HAYES, MIDDLESEX, UB4 8EA
07919 303422
UNITED KINGDOM

EQUIFAX AUTHENTICATION SCVS
PO BOX 105835
ATLANTA, GA  30348-5835

EURIM
ATTN: VERITY VIGARS
P.O. BOX 91
MINEHEAD, UK TA247WX
UNITED KINGDOM

EXHIBITOR
98 EAST CHICAGO AVENUE
WESTMONT, IL  60559

EXHIBITOR PUBLICATIONS
206 S BROADWAY
STE 745
ROCHESTER, MN  55904

EXO5
PO BOX 114
SAN FRANCISCO, CA  94104

FIDELITY SECURITY LIFE INS
EYEMED FLS/EYEMED PREMIUMS
PO BOX 632530
CINCINNATI, OH  45263-2530

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA  15250-7461

FEDERAL BUSINESS COUNCIL INC.
8975 HENKELS LANE
SUITE 700
ATTN:  SUSAN MCLAIN
ANNAPOLIS JUNCTION, MD  20701

FEDERATION OF PROTESTANT
WELFARE AGENCIES

ATTN: JUDITH WEILAND
281 PARK AVENUE SOUTH
NEW YORK, NY  10010

GERARD FEENEY
9 HERITAGE LN
ANDOVER, MA  01810

FIDO ALLIANCE INC
401 EDGEWATER PLACE
SUITE 600
WAKEFIELD, MA  01880

FILDESIGN
RUA DO BOJADOR, EDIFICIO FIL
PARQUE DAS NA, CO, ES,1998-010
LISBOA, PORTUGAL
BRAZIL

HOWARD ELLIOT FINE
AUINGERSTRASSE 35
82237 WOERTHSEE BAVARIA
GERMANY

FINANCIAL INDUSTRY REGULATORY
65 BROADWAY
17TH FLOOR
NEW YORK, NY  10005

FIRST INSURANCE FUNDING CORP.
8075 INNOVATION WAY
CHICAGO, IL  60682-0080

JOHN FITZGERALD
700 CROSSFIRE RIDGE NW
MARIETTA, GA  30064

FLEXERA SOFTWARE, INC
26154 NETWORK PLACE
CHICAGO, IL  60673-1261

FORRESTER RESEARCH INC.
25304 NETWORK PLACE
CHICAGO, IL  60673-1253

ROBERT FRANKENBERG

2472 EAST EVERGREEN AVENUE
SALT LAKE CITY, UT  84109

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA  94257-0531

FREEMAN
5040 W ROOSEVELT RD
CHICAGO, IL  60644

FREEMAN DECORATING COMPANY
7000 PLACID STREET, #101
LAS VEGAS, NV  89119

FTI CONSULTING, INC.
PO BOX 418005
BOSTON, MA  02241-8005

FUSED SOLUTIONS
PO BOX 5078
POTSDAM, NY  13676-5078

DYNAMIC PROTECTION SYSTEMS
275 LINCOLN BLVD
SUITE 2
MIDDLESEX, NJ  08846

WILLIAM GALLAGHER ASSOCIATES
INSURANCE BROKERS, INC.
470 ATLANTIC AVENUE
BOSTON, MA  02210

GARTNER INC.
ATTN: SPAGNUOLO
PO BOX 911319
DALLAS, TX  75391-1319

GARTNER UK LIMITED
TAMESIS, THE GLANTY
EGHAM, SURREY TW 20 9AW
UNITED KINGDOM

GAYLORD NAT'L RESORT
201 WATERFRONT STREET
NATIONAL HARBOR, MD  20745

01:17987207.2

GDS PUBLISHING LTD
QUEEN SQUARE HOUSE
18-21 QUEEN SQUARE
BRISTOL BS1 4NH
UNITED KINGDOM

GE CAPITAL
P.O. BOX 31001-0273
PASADENA, CA  91110

GENERAL EXPOSITION SERVS., INC.
205 WINDSOR ROAD
POTTSTOWN, PA  19464

GEORGE GILDER
PO BOX 430
TYRINGHAM, MA  01264

GLOBALPLATFORM INC
ATTN:  CHARMAINE RAS
1913 CACTUS CIRCLE
SAN ANTONIO, TX  78258

GN NETCOM, INC.
PO BOX 501929
PHILADELPHIA, PA  19175

GODADDY.COM,INC.
14455 NORTH HAYDEN ROAD
SUITE 219
SCOTTSDALE, AZ  85260

GOLF CONNECTIONS LLC
DARLING PROMO
PO BOX 7920
HORSESHOE BAY, TX  78657

GOOGLE INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA  94043

GOVCONNECTION, INC.
7503 STANDISH PLACE
ROCKVILLE, MD  20855

GRAPHIQUE CREATIVE

14980 NORTH 78TH WAY
SUITE 201
SCOTTSDALE, AZ  85260

GOVERNMENT SECURITY NEWS
ACCOUNTS RECEIVABLE DEPT
PO BOX 777
LARCHMONT, NY  10538

GRANT THORNTON LLP
33960 TREASURY CENTER
CHICAGO, IL  60694-3900

GVH STUDIO, INC.
40 PAGEANT ST
BENNINGTON, VT  05201

GWYN FIRTH MURRAY
223 LAUREL AVENUE
MENLO PARK, CA  94025

HAMILTON, BROOK, SMITH, REYNOLDS
530 VIRGINIA ROAD
P.O. BOX 9133
CONCORD, MA  01742-9133

CHERYL P HANDSAKER
CHARLEMONT WEB WORKS
464 MOUNTAIN ROAD
CHARLEMONT, MA  01339

LORRAINE HARITON
150 WEST 56TH STREET
APT 3410
NEW YORK, NY  10019

HAVAS PEOPLE
6 BRISET STREET
LONDON, EC1M 5NR
UNITED KINGDOM

HAYMARKET MEDIA, INC.
114 WEST 26TH STREET, 4TH FL.
NEW YORK, NY  10001

HENRY'S ELECTRIC

252 MAIN STREET
LEE, MA  01238

HIMSS MEDIA
71 PINELAND DRIVE #203
NEW GLOUCESTER, ME  04260

HMRC CUMBERNAULD
HM REVENUE & CUSTOMS
UNITED KINGDOM

HAWAII MEDICAL SERVICES ASSOC
818 KEEAUMIKU ST
HONOLULU, HI  96814

HOGE,FENTON,JONES & APPEL, INC
60 SOUTH MARKET STREET
SUITE 1400
SAN JOSE, CA  95113-2396

HEWLETT-PACKARD COMPANY
P.O. BOX 101149
ATLANTA, GA  30392-1149

HEWLETT-PACKARD COMPANY
ATTN:  SHALISA NAU ANDERSON
10810 FARNAM DRIVE
OMAHA, NE  68154

HSBC BANK USA, N.A.
PO BOX 37278
BALTIMORE, MD  21297-3278

ICE SYSTEMS, INC.
P.O. BOX 11126
HAUPPAUGE, NY  11126

ICT ECONOMIC IMPACT
TAUNUSRING 1A
61118 BAD VILBEL, GERMANY

INTERACTIVE DOCUMENT SOLUTIONS
PO BOX 8067
RESTON, VA  20195

INDUSTRIE- UND HANDELSKAMMER

STADTKASSE FRANKFURT
PAULPLATZ 9
60311 FRANKFURT, GERMANY

INCUBIS ASSOCIATES LTD
145-157 ST JOHN STREET
LONDON EC1V4PW
UNITED KINGDOM

INDIANA CONVENTION CENTER &
LUCAS OIL STADIUM
UTILITY DEPARTMENT
100 S CAPITOL AVE
INDIANAPOLIS, IN  46225

INFINIGATE DEUTSCHLAND GMBH
INSIGHT INTERNATIONAL CORP
3F SPC ICHIGAYA BLDG
1-19 ICHIGAYA TAMACHI, SHINJUK
TOKOYO 162-0843, JAPAN

TECH UK
10 ST BRIDE STREET
LONDON EC4A 4AD
UNITED KINGDOM

INTELLIMARK ASSOCIATES, INC.
P.O. BOX 202543
DALLAS, TX  75320

INTERCALL
P.O. BOX 281866
ATLANTA, GA  30384-1866

INTERMATRIX GLOBAL STRATEGY LTD
56 ABINGDON ROAD
LONDON W8 6AP
UNITED KINGDOM

IN TOUCH PRINTING
7 WESTVIEW ROAD
PITTSFIELD, MA  01201

INUIT AB
ENEBYBERGSV.10A
182 36 DANDERYD

SWEDEN

INVESHARE, INC.
4501 NORTH POINT PARKWAY
SUITE 325
ALPHARETTA, GA  30022

IRIDIUM TECHNOLOGIES
3108 NORTH SWAN ROAD
TUCSON, AZ  85712

IRON MOUNTAIN
INTELLECTUAL PROPERTY MGT
P.O. BOX 27131
NEW YORK, NY  10087-7131

ISS CORPORATE SOLUTIONS, INC.
PO BOX 417815
BOSTON, MA  02241-7815

JAMES C SHAEFFER & ASSOC, INC.
530 S PHILLIPS AVE
SIOUX FALLS, SD  57104

JETBYTE
CONTRACT PROGRAMMING &
CONSULTING SERVICES
25A STANLEY RD, ILFORD ESSEX
UNITED KINGDOM

JODI'S
717 1/2 CRANE AVENUE
PITTSFIELD, MA  01201

KAFKA KOMMUNIKATION
AUF DER EIERWIESE 20A
GRUNWALD B. MUNCHEN
GERMANY

KILJAN I.C.T. B.V.
LIJSTER 73
1715 HC SPANBROEK
NETHERLANDS

CORY KNYSH

279 GALE AVENUE
PITTSFIELD, MA  01201

KPMG LLP
DEPT. 0511
PO BOX 120511
DALLAS, TX  75312-0511

LAFOURCADE AVOCATS
222, RUE DU FAUBOURG
SAINT HONORE
750008 PARIS, FRANCE

LANYON SOLUTIONS, INC.
104 DECKER COURT
SUITE 200
IRVING, TX  75062

TOWN OF LEE
TREASURER/COLLECTOR
32 MAIN STREET
LEE, MA  01238

LEE INDUSTRIAL REALTY CORP.
WHALING PROPERTIES, LLC
8 MAPLEWOOD AVENUE
PITTSFIELD, MA  01201

LENOVO (UNITED STATES) INC.
P.O. BOX 643055
PITTSBURGH, PA  15264-3055

LETTERHOUSE GMBH
POMMEMSTRASSE 19
80809 MUENCHEN
GERMANY

LETTERWORKS
65 LOVEROCK ROAD
BERKSHIRE
UNITED KINGDOM

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0622

LOCKE LORD LLP

PO BOX 301170
DALLAS, TX  75303-1170

MADCAP SOFTWARE INC
7777 FAY AVENUE
SUITE 100
LA JOLLA, CA  92037

MAD MACS LLC
PO BOX 688
LANESBORO, MA  01237

MAGNET PRODUCTIONS
377 LAIDLEY ST
SUITE A
SAN FRANCISCO, CA  94131

MARKETWIRE INC.
PO BOX 848025
LOS ANGELES, CA  90084-8025

COMMONWEALTH OF MASS.
MASS. DEPT. OF REVENUE
PO BOX 7039
BOSTON, MA  02204-7039

MORTGAGE BANKERS ASSOCIATION
PO BOX 10448
UNIONDALE, NY  11555-0448

JOHN E MCCONNAUGHY, JR
185 SPRINGLAKE DRIVE
PINEHURST, NC  28374

SANDY MCNAY
42 RANDALL STREET
ADAMS, MA  01220

MEDIANT COMMUNICATIONS INC
PO BOX 29976
NEW YORK, NY  10087-9976

MEDIATEAM LTD
MEDIA HOUSE
SOUTH COUNTY BUSINESS PARK
LEOPARDSTOWN, CO DUBLIN

MERCERBRIDGE LIMITED
2, LONDON WALL BUILDINGS
LONDON WALL
LONDON EC2M 5UU
UNITED KINGDOM

MERRILL COMMUNICATIONS LLC
ATTN: MCNULTY
CM-9638
ST. PAUL, MN  55170-9638

MERRITT GROUP, INC.
8251 GREENSBORO DRIVE
SUITE 600
MC LEAN, VA  22102

MERSCORP HOLDINGS, INC.
13059 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

MESSAGE INFUSION, LLC
18 OLD HOMESTEAD ROAD
WESTFORD, MA  01886

MICROSOFT PARTNER PROGRAM
PO BOX 100464
PASADENA, CA  91189-0464

MICROSOFT SERVICES
PO BOX 844510
BANK OF AMERICA, DALL
DALLAS, TX  75284-4510

MICROSOFT MSDN SUBSCRIPTIONS
PO BOX 998
SANTA CLARITA, CA  91380-9098

MISMO
MORTGAGE INDUSTRY STANDARD
MAINTENANCE ORGANIZATION
PO BOX 10370
UNIONDALE, NY  11555-0370

MISSION ELECTRIC COMPANY
5700 BOSCELL COMMON
FREMONT, CA  94538

01:17987207.2

MIS TRAINING INSTITUTE
153 CORDAVILLE ROAD
SUITE 200
SOUTHBOROUGH, MA  01772-1834

MORAN MECHANICAL SYSTEMS, INC.
ATTN: JEFF MORAN
PO BOX 1118
GREAT BARRINGTON, MA  01230

MULTILING CORPORATION
180 N UNIVERSITY AVE
SUITE 600
PROVO, UT  84601-4708

MULTIMEDIA GAMES, INC
206 WILD BASIN RD
BLDG B 4TH FLOOR
AUSTIN, TX  78746

ANDREW J MUSLINER
1548 ELLSWORTH AVE
CROFTON, MD  21114

THE NASDAQ STOCK MARKET, LLC
C/O WELLS FARGO BANK
LOCKBOX 20200
PO BOX 8500
PHILADELPHIA, PA  19178-0200

NASEBA COMMUNICATIONS FZ LLC
BOUTIQUE VILLA NO. 5
DUBAI MEDIA CITY
PO BOX 500563, DUBAI

AMTRUST NORTH AMERICA, INC.
PO BOX 94557
CLEVELAND, OH  44101-4557

NEW HORIZON
COMMUNICATIONS CORP.
P.O. BOX 981073
BOSTON, MA  02298-1073

STATE OF NEW JERSEY - CBT
DIVISION OF TAXATION
REVENUE PROCESSING CENTER

PO BOX 666
TRENTON, NJ  08646-0666

NEW JERSEY DEPARTMENT OF LABOR
AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 059
TRENTON, NJ  08625-0059

NEW JERSEY DEPARTMENT OF LABOR
AND WORKORCE DEVELOPMENT
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 929
TRENTON, NJ  08625-0929

NORTHSTAR RECRUITING INC.
PO BOX 5916
FLORENCE, SC  29502

NATIONAL REPROGRAPHICS INC.
44 WEST 18TH STREET
NEW YORK, NY  10011

NYC DEPARTMENT OF FINANCE
P.O. BOX 5070
KINGSTON, NY  12402-5070

NYS CORPORATION TAX
PROCESSING UNIT
PO BOX 1909
ALBANY, NY  12201-1909

COMMISSIONER OF TAX & FINANCE
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON, NY  13902-4127

COMMISSIONER-TAXATION &FINANCE
NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY  13902-4127

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
OPTS-SALES TX LIABILITY RSLTN
WA HARRIMAN CAMPUS

01:17987207.2

ALBANY, NY  12227

NEW YORK STATE SALES TAX
NYS SALES TAX PROCESSING
PO BOX 15171
ALBANY, NY  12212-5171

OBJECT MANAGEMENT GROUP INC
109 HIGHLAND AVENUE
NEEDHAM, MA  02494

OCTOPUS COMMUNICATION
222 GRAYS INN ROAD
LONDON WC1X 8HB
UNITED KINGDOM

EARTHLINK BUSINESS
PO BOX 88104
CHICAGO, IL  60680-1104

OPEN IDENTITY EXCHANGE
2400 CAMINO RAMON, SUITE 375
SAN RAMON, CA  94583

OPER. RESEARCH CONSULTANTS INC.
1736 SOUTH PARK COURT #201
CHESAPEAKE, VA  23320

SETH ORION TECH LLC
DBA ORIGIN EIGHT
PO BOX 856620
MINNEAPOLIS, MN  55485-6620

ORIGIN STORAGE LTD
CASTLE HOUSE, ST PETERS HILL
STAMFORD, PE9 2PE
ENGLAND
UK UNITED KINGDOM

OSBORNE CLARKE
INNERE KONALSTR 15
D-50823
KOLN, GERMANY

VERBAL INK
11835 OLYMPIC BLVD
#1020E

LOS ANGELES, CA  90064

WINDSTREAM - PAETEC
PO BOX 9001013
LOUISVILLE, KY  40290-1013

PCAOB
PO BOX 418631
BOSTON, MA  02241-8631

PC CONNECTION SALES CORP
PO BOX 382808
PITTSBURGH, PA  15250-8808

P.C. ENTERPRISES, INC.
ENTRE COMPUTER CENTER
138 MEMORIAL AVENUE
WEST SPRINGFIELD, MA  01089

PCM SALES, INC.
FILE 55327
LOS ANGELES, CA  90074-5327

PC TECHSYSTEMS
MACPALACE, INC.
2512 CANADA BLVD., #4
GLENDALE, CA  91208

PEAKETA OHG
BAADERSTRASSE.7
80469 MUNICH, GERMANY

PEGASYSTEMS, INC.
ONE ROGERS ST
CAMBRIDGE, MA  02142

PENN STATE
ATTN: SIMON CORBY
101 HAMMOND BUILDING
UNIVERSITY PARK, PA  16802-1400

PICKERING FINANCIAL, LTD.
104 SILVER FOX LANE
CHESTER SPRINGS, PA  19425

PING IDENTITY CORPORATION

1001 17TH STREET
SUITE 100
DENVER, CO  80202

PINNACLE PROMOTIONS, INC.
6649 PEACHTREE INDUSTRIAL BLVD
SUITE N
NORCROSS, GA  30092

PITNEY BOWES
GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH, PA  15250-7887

PITNEY BOWES PURCHASE POWER
POB 371874
PITTSBURGH, PA  15250-7874

PIVOT INTERIORS, INC.
2740 ZANKER ROAD
SUITE #100
SAN JOSE, CA  95134

PLAINSBORO TOWNSHIP
ATTN:  FIRE OFFICIAL
641 PLAINSBORO ROAD
PLAINSBORO, NJ  08536

PLANET DATA SOLUTIONS, INC.
555 TAXTER ROAD
SUITE 150
ELMSFORD, NY  10523

CHRISTOPHER A PLANKEY II
MUSICHRIS DJ SERVICE
81 WOOD AVE
PITTSFIELD, MA  01201

SAFE DEPOSIT BOX
PNC BANK
PO BOX 822402
PHILADELPHIA, PA  19182-2402

POLACHI & COMPANY
DBA POLACHI
PO BOX 115

SOUTHBOROUGH, MA  01772

POSITIVE IMPRESSIONS INC
150 CLEARBROOK RD
ELMSFORD, NY  10523

PRECISION DISCOVERY INC.
25 WEST 45TH STREET
SUITE 701
NEW YORK, NY  10036

PREISKEL & CO LLP
5 FLEET PLACE
LONDON EC4M 7RD
UNITED KINGDOM

PRESTIGE CAPITAL CORP
400 KELBY STREET
FORT LEE, NJ  07024

PRINCIPLE LOGIC, LLC
1720 MARS HILL ROAD
SUITE 8 PMB 343
ACWORTH, GA  30101

PROACTIVE MARKETING LTD
VICTORIA HOUSE
VICTORIA ROAD
ALDERSHOT, HAMPSHIRE GU11 IEJ
UNITED KINGDOM

PROFORMA GOOD WOOD MARKETING
PO BOX 640814
CINCINNATI, OH  45264-0814

PROGRESS IN LENDING
ASSOCIATION  LLC
PO BOX 7184
WILTON, CT  06897

CUPERTINO CITY CENTER BLDNGS
C/O PROMETHEUS REAL ESTATE
20400 STEVENS CREEK BOULEVARD
SUITE 130
CUPERTINO, CA  95014

PROSKAUER ROSE, LLP

01:17987207.2

ONE INTERNATIONAL PLACE
BOSTON, MA  02110

PROSOFT
SOFTWARE VERTRIEBS GMBH
BURGERMEISTER-GRAF-RING 10
GERETSFRIED, 82538

PROTEA NETWORKS GMBH
GRIMMERWEG 6
82008 UNTERHACHING

PUBLIC SECURITY INNOVATION CNT
JOHAN VAN OLDENBARNEVELTIAAN 9
2582 NE THE HAGUE, NETHERLANDS
PO BOX 82280
2508 EG THE HAGUE, NETHERLANDS

PUGET SOUND SYSTEMS INC.
PUGET CUSTOM COMPUTERS
PUGET SYSTEMS
2707 WEST VALLEY HWY N
AUBURN, WA  98001

PURE DESIGN
BEN COLLISON
82 CHEMIN DES LOUBONNIERES
GRASSE 06130 FRANCE

QMS SERVICES, INC.
6840 MEADOWRIDGE CT.
ALPHARETTA, GA  30005

QUESTIONPRO INC
93 S JACKSON ST #62790
SEATTLE, WA  98104-2818

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA  19101-0600

RAIN KING SOFTWARE, INC.
6430 ROCKLEDGE DRIVE, #306
BETHESDA, MD  20817

RAPID 7 LLC

01:17987207.2

P.O. BOX 347377
LOCK BOX
PITTSBURGH, PA  15251-4377

REDFIN SOLUTIONS LLC
43 NEWFIELD ROAD
FREEPORT, ME  04032

REED EXHIBITIONS LTD.
ATTN:  DREW AMOROSI
8B TWIN RIVERS DRIVE
EAST WINDSOR, NJ  08520

REGIONALHELPWANTED.COM, INC
CONTACT:  BILLING DEPARTMENT
PO BOX 674054
DETROIT, MI  48267-4054

REGUS AMSTERDAM BV
KINGSFORDWEG 151
AMSTERDAM, THE NETHERLANDS

REINVENTION CAPITAL ADVISORS
C/O ALEXANDER KOLES
1350 AVENUE OF THE AMERICAS
2ND FLOOR
NEW YORK, NY  10019

RENTACRATE LLC
PO BOX 824795
PHILADELPHIA, PA  19182-4795

THE LORD RENWICK
38 CADOGAN SQUARE
LONDON SWIX0JL
UK UNITED KINGDOM

RESEARCH DATA GROUP, INC.
PO BOX 883213
SAN FRANCISCO, CA  94188-3213

ROBERT HALF TECHNOLOGY
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

RICHARDS CONVENTION FLORISTLLC

DBA TEASLEY'S
CONVENTION FLORIST
7159 OLD HICKORY BLVD
WHITES CREEK, TN  37189-9160

RICOH USA INC
PO BOX 10306
DES MOINES, IA  50306-0306

RICOH USA, INC
PO BOX 827577
PHILADELPHIA, PA  19182-7577

RICOH USA, INC
PO BOX 31001-0850
PASADENA, CA  91110-0850

RHODES NETWORK SERVICES
520 SIOUX LANE
SAN JOSE, CA  95123

ROKE MANOR RESEARCH LIMITED
OLD SALISBURY LANE
ROMSEY HAMPSHIRE
SO51 0ZN
UNITED KINGDOM

CHARLES ROSE
193 HUNTINGTON RD
WORTHINGTON, MA  01098

ROSEN CENTRE HOTEL
ROSEN HOTELS AND RESORTS
ATTN:  ACCOUNTS RECEIVABLE
9840 INTERNATIONAL DRIVE
ORLANDO, FL  32819

ROTH CAPITAL PARTNERS
888 SAN CLEMENTE DRIVE
NEWPORT BEACH, CA  92660

GRAEME ROWE
5 VICTORIA COTTAGES
COOKHAM DEAN BOTTOM
BERKSHIRE SL6 9AW
UNITED KINGDOM

RR DONNELLEY FINANCIAL INC
PO BOX 93514
CHICAGO, IL  60673-3514

RSA CONFERENCE 2015
NTH DEGREE-RSA
PO BOX 116368
ATLANTA, GA  30368-6368

ARTHUR SACHS
7300 PIRATES COVE ROAD
UNIT 2040
LAS VEGAS, NV  89145

SAGE CHECKS & FORMS
PO BOX 935021
ATLANTA, GA  31193-5021

SAGGAR SERVICES LTD
1 PENN WAY
WELWYN GARDEN CITY, HERTS
AL7 3EE

SALESFORCE.COM, INC.
PO BOX 203141
DALLAS, TX  75320-3141

SAMEL'S DELI & CATERING
115 ELM STREET
PITTSFIELD, MA  01201

SCC TAX COLLECTOR
COUNTY GOVERNMENT CENTER
EAST WING 6TH FLOOR
70 WEST HEDDING STREET
SAN JOSE, CA  95110-1767

SCELSI COMMERCIAL CLEANING
292 ELM STREET
PITTSFIELD, MA  01201

SDWORX
BROUWERSVLIET 5
2000 ANTWERPEN, BELGIUM

DON D. SESSIONS

01:17987207.2

SESSIONS & KIMBALL LLP
23456 MADERO, SUITE 170
MISSION VIEJO, CA  92691

SEYFARTH SHAW LLP
3807 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

SHAREHOLDER.COM
LOCKBOX 30200
PO BOX 8500
PHILADELPHIA, PA  19178-0200

SHEPARD EXPOSITION SERVICES
1424 HILLS PLACE
ATLANTA, GA  30318

SHERATON HEATHROW HOTEL
TM HOTELS LIMITED
COINBROOK BY PASS
WEST DRAYTON UB7 OHJ LONDON
UNITED KINGDOM

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX  75395-2121

SHRED-IT USA LLC
PO BOX 101007
PASADENA, CA  91189-1007

SHRM-SOCIETY FOR HUMAN
RESOURCE MANAGEMENT
PO BOX 791139
BALTIMORE, MD  21279-1139

SIGNORINO SERVICES, LLC
STEVEN SIGNORINO
101 MORGAN LANE, SUITE 201
PLAINSBORO, NJ  08536

SIMCOE MUSKOKA DISTRICT
HEALTH UNIT
15 SPERLING DRIVE
BARRIE, ON L4M 6K9
CANADA

SMART CARD ALLIANCE
191 CLARKSVILLE ROAD
PRINCETON JUNCTION, NJ  08550

SMART CITY NETWORKS
5795 W BADURA AVE
SUITE 110
LAS VEGAS, NV  89118

BENJAMIN M SMOCK
TOQUE & BOTTLE ADVISORY
1419 N WOOD STREET #1
CHICAGO, IL  60622

SOLIUM TRANSCENTIVE LLC
TWO ENTERPRISE DRIVE
SUITE 402
SHELTON, CT  06484

MICHAEL J. BACCOLI, INC.
SOUTHERN BERKSHIRE JANITORIAL
PO BOX 90
GREAT BARRINGTON, MA  01230

SPARX SYSTEMS PTY LTD
PO BOX 12, CRESWICK
VICTORIA 3363, AUSTRALIA

SPRINT
C/O PRO CONSULTING SERVICES
COLLECTIONS DIVISION
PO BOX 66510
HOUSTON, TX  77266-6510

SECURITY RESEARCH ASSOCIATES
100 PINE STREET
SUITE 605
SAN FRANCISCO, CA  94111

STASCOM TECHNOLOGIES
60 BLUE HERON RD
SPARTA, NJ  07871

STATE OF CALIFORNIA
BOARD OF EQUALIZATION
PO BOX 942879

01:17987207.2

SACRAMENTO, CA  94279-0056

STERLING NORTH AMERICA INC
270 OSER AVENUE
HAUPPAUGE, NY  11788

STERLING PUBLICATIONS LIMITED
ACCOUNTS DEPARTMENT
POB 839, 86-88 EDGWARE RD
LONDON, W2 2YW
UNITED KINGDOM

IT-HARVEST, LLC
1221 BOWERS #1274
BIRMINGHAM, MI  48012

STRATEGIC NEWS SERVICE LLC
PO BOX 1969
FRIDAY HARBOR, WA  98250

SWISSCOM (SWITZERLAND) LTD
CORPORATE BUSINESS
PO BOX
CH-3050 BERNE

SYMANTEC CORPORATION
PO BOX 846013
DALLAS, TX  75284-6013

TALKING TREE CREATIVE LLC
4 HOLMEHURST AVE
CATONSVILLE, MD  21228

TAXCONNEX LLC
ATTN: JEFFREY W. MEIGS
675 MANSELL ROAD, SUITE 240
ROSWELL, GA  30076

THIRD CREEK ADVISORS LLC
9000 CROW CANYON ROAD
SUITE S142
DANVILLE, CA  94506

PETER THOENY
1022 BELVEDERE LANE
SAN JOSE, CA  95129

THOMSEN & BURKE, LLP
2 HAMILL ROAD
SUITE 415
BALTIMORE, MD  21210

TIDELINE DESIGN INC
417 REMINGTON STREET, SUITE 1
BOISE, ID  83714

TM-EDITION LTD.
SZECHENYI TER 17.
2000 SZENTENDRE
HUNGARY

T MOBILE
PO BOX 742596
CINCINNATI, OH  45274-2596

TODD SMITH, ESQ.
4764 PARK GRANADA
SUITE 102
CALABASAS, CA  91302

TOWERWALL, INC.
615 CONCORD STREET
FRAMINGHAM, MA  01702

TOWNLEY NETWORK SOLUTIONS
4F BRIDGEGATE, THE PAVILIONS
CHESTER BUSINESS PARK
CHESTER, CHESHIRE CH4 9QH
UNITED KINGDOM

TRADEMARK COMPLIANCE CENTER
COMPLIANCE SERVICE DEPARTMENT
500 MONTGOMERY STREET
SUITE 400
ALEXANDRIA, VA  22314

JOE TRIPPI & ASSOCIATES, INC
606 A NORTH TALBOT STREE
SUITE 303
SAINT MICHAELS, MD  21663

TRUSTED COMPUTING GROUP

3855 SW 153RD DRIVE
BEAVERTON, OR  97003

STATE COMPTROLLER
COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX  78714-9348

ULINE
400 BOULDER DRIVE
BREINIGSVILLE, PA  18031

UNUM LIFE INSURANCE COMPANY
OF AMERICA
PO BOX 406990
ATLANTA, GA  30384-6990

UNUM
INTERNATIONAL SERVICES
2211 CONGRRESS STREET
PORTLAND, ME  04122

UNUM LIFE INSURANCE
PO BOX 406990
ATLANTA, GA  30384-6990

UNUM LIFE INSURANCE COMPANY
OF AMERICA
PO BOX 406946
ATLANTA, GA  30384-6946

UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA  19170-0001

UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

UPTRENDS LLC
401 EDGEWATER PLACE
SUITE 107
WAKEFIELD, MA  01880

US CHAMBER OF COMMERCE

PO BOX 0976
WILTON, NH  03086-0976

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT  84134-0180

VALLEY GREEN SHREDDING, LLC
988-C SOUTHAMPTON ROAD
WESTFIELD, MA  01085

VERIZON WIRELESS
PO BOX 15062
ALBANY, NY  12212-5062

VERIZON WIRELESS
PO BOX 15062
ALBANY, NY  12212-5062

VERISIGN, INC.
75 REMITTANCE DRIVE
SUITE 1689
CHICAGO, IL  60675-1689

VERIZON
PO BOX 1100
ALBANY, NY  12250-0001

VIDEO+VOICE
OWNER:  ZAFER GUENPINAR
MUMAUER STR. 110
81379 MUNICH, GERMANY

INFINIGATE UK
INFINIGATE GROUP
ARCH 8 CHANCEL STREET
LONDON, 00 SE1 0UR
UNITED KINGDOM

VISIONARY INTEGRATION
PROFESSIONALS, LLC
80 IRON POINT CIRCLE, SUITE 100
FOLSOM, CA  95630

VISUAL PARADIGM INT'L. LTD.
476 CASTLE PEAK RD.
PARK BLDG., RM. 702

CHEUNG SHA WAN
KOWLOON, HONG KONG

LIVE! 360
ORLANDO REGISTRATION
1277 UNIVERSITY OF OREGON
EUGENE, OR  97403-1277

WALLINGTON CONSULTING LIMITED
9 DEVONSHIRE MEWS
LONDON W4 2HA
UNITED KINGDOM

THE WALL STREET TRANSCRIPT
622 3RD AVENUE
34TH FLOOR
NEW YORK, NY  10017

WILLIAM BROWN PARTNERS LTD
37 DUKE STREET
LONDON ENGLAND W1 U 1LN
UNITED KINGDOM

W.B. MASON COMPANY INC.
PO BOX 55840
BOSTON, MA  02205-5840

WELLFLEET PARTNERS
1 PENN PLAZA
24TH FLOOR
NEW YORK, NY  10119

WHALLEY COMPUTER ASSOC, INC
PO BOX 1292
BRATTLEBORO, VT  05302-1292

WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

WINTER, WYMAN FINANCIAL
CONTRACTING, INC.
PO BOX 845054
BOSTON, MA  02284-5054

WORKBRIDGE ASSOCIATES
ATTN: SANDY SMITH

01:17987207.2

P.O. BOX 845388
BOSTON, MA  02284

WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA  50010

YANKEE INN HOME COMFORT
P.O. BOX 829
LENOX, MA  01240

ZONES
ATTN: LOI NGUYEN
PO BOX 34740
SEATTLE, WA  98124-1740

ZUKERMAN GORE BRANDEIS &
CROSSMAN, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ANSON INVESTMENT MASTER FUND LP
111 PETER STREET, SUITE 908
TORONTO, ONTARIO MSV2H1

APRIL L. WALDMAN
1413 A E. FIR ST.
SEATTLE, WA 98122

KEVIN GUSINOW
23679 CALABASAS ROAD, #757
CALABASAS, CA  91302

PINZ CAPITAL INTERNATIONAL, LP
551 MADISON AVENUE, SUITE 1101
NEW YORK, NEW YORK 10022

WILLIAM J. GARNER
100 CALLE DEL MUELLE, #21007
SAN JUAN, PUERTO RICO  00901

WALTON RUTHERFOORD
3446 WOODLAND HILLS LANE
ROANOKE, VA  24014

ZSP CAPITAL LLC
80 DOGWOOD AVENUE
ROSLYN, NY  11576

MIS TRAINING UK LTD.
7TH FLOOR DUKE'S HOUSE
32-38 DUKE'S PLACE LONDON
EC3A 7LP, UNITED KINGDOM

AGI PARTNERS, LLC
575 MADISON AVENUE, 6TH FLOOR
NEW YORK, NY 10022-2585

ACCONTEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

CARPA MANIEMENTS DE FONDS
49 R DU FAUBOURG POISSONNIERE
PARIS, FRANCE 75009

DIGITAL MOUNTAIN
4633 OLD IRONSIDE DRIVE, SUITE 401
SANTA CLARA, CA 95054

GROWTHPOINT TECHNOLOGY PARTNER LLC
835 PAGE MILL ROAD
PALO ALTO, CA 94304

EREZ KARIEL
200 HAVEN AVENUE, APT 1N
NEW YORK, NY 10033

MACFARLANE OFFICE PRODUCTS

01:17987207.2

190 SOUTH STREET
P.O. BOX 960
PITTSFIELD, MA 01202-0960

MARBLE BRIDGE FUNDING GROUP
1440 MARIA LANE, SUITE 210
WALNUT CREEK, CA 94596

MX2 TECHNOLOGY, INC.
375 FAIRVIEW WAY
MILPITAS, CA 95035

THE PROXY ADVISORY GROUP, LLC
18 EAST 41ST STREET, SUITE 2000
NEW YORK, NY 10017

EDWARD YOUNG
35 KENDALL ROAD
KENDALL PARK, NJ 08824