IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WAVE SYSTEMS CORP., | Case No. 16-10284 (KJC) |
| Debtor. | Re: Docket Nos. 29 and 52 |

**DECLARATION OF JOHN SAVAGE IN SUPPORT OF THE MOTION OF DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR ENTRY OF ORDERS (I) (A) ESTABLISHING BID PROCEDURES RELATING TO THE SALE OF THE DEBTOR'S ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) EXTENDING THE TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND (E) GRANTING RELATED RELIEF AND (II) (A) APPROVING THE PROPOSED SALE; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

I, John Savage, hereby declare as follows:

1. I am a Managing Director of GrowthPoint Technology Partners, LLC ("GrowthPoint"). I have direct knowledge of the facts contained in this declaration (the "Declaration"), and I am authorized to make this Declaration.

2. I submit this Declaration in connection with and in support of the *Motion for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts; and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* (Docket No. 29) (the "Sale Motion")[1], which was filed on February 26, 2016.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Sale Motion.

1

3. Typically when presented with an asset technology sale, GrowthPoint assists the client in preparing descriptive overview materials and presentations, and develops strategies for marketing the assets to potential acquirers, investors and strategic partners (collectively "Strategic Prospects"). GrowthPoint identifies and evaluates Strategic Prospects and other relevant parties in cooperation with the client and coordinates the materials and information made available to Strategic Prospects. GrowthPoint assists with preparing for and conducting preliminary due diligence investigations. GrowthPoint contacts approved Strategic Prospects to determine their level of interest in a Transaction and advises the client in the negotiations of all aspects of a proposed Transaction (other than with respect to tax, legal, accounting or other specialized matters).

4. GrowthPoint arranges visits, as necessary, by potential purchasers to assess the technology, intellectual property and review the assets. GrowthPoint markets the assets, collects and publishes asset information for prospective purchasers, analyzes financial profiles of the buyers to consummate a deal, and solicits and reviews bids. In this case, GrowthPoint completed each of these in the months between February and April 2016.

5. Additionally, prior to the bankruptcy filing, GrowthPoint worked with the Debtor to collect and prepare asset information for prospective purchasers, which including meetings with the Debtor's key personnel.

6. Upon retention by the Trustee, as part of GrowthPoint's sale preparation, GrowthPoint assisted with the preparation and revision of marketing material for prospects and assisted with additional technical presentation materials for discussions with key engineering members and product managers at strategic prospects. GrowthPoint reached out to approximately 130 prospective purchasers to advise them of the potential opportunity.

7. GrowthPoint arranged for one-on-one in person meetings between the key contracted consultants to the Trustee and acquirers interested in the security technology assets. GrowthPoint planned and coordinated meetings with acquirers to discuss the technology and the opportunity at the RSA Conference 2016, an international security gathering that discusses critical issues surrounding information security. GrowthPoint arranged for in person meetings as well as virtual meetings with acquirers currently serving relevant markets.

8. GrowthPoint advised the Trustee with marketing the assets of the business. This included advising on the revival of business components critical for the asset sale, including rebuilding the code base on the cloud and other necessities required to market the assets. GrowthPoint assisted the Trustee with contract

negotiations and technical specifications necessary to revive the website quickly to increase marketing effectiveness. In addition, GrowthPoint identified and advised the Trustee to perform other actions, where possible, to maintain the value of the assets.

9. As part of the efforts, GrowthPoint leveraged the experience of its founders and executive staff regarding prospect sourcing, warm calls to prospects to introduce the assets, and for the structuring of deals.

10. Additionally, GrowthPoint prepared a marketing strategy and materials (the "Marketing Materials") for outreach to prospective acquirers of the assets.

11. GrowthPoint provided all interested parties with a Non-Disclosure Agreement ("NDA"). In addition, GrowthPoint set-up a data room (the "Data Room") where prospects could review information as to the sale including technology details, asset lists, financial and other information provided by the Trustee, and bid procedures. GrowthPoint provided services to review the data and anonymize customer lists to protect the buyers in the sale.

12. GrowthPoint reviewed and worked with the Trustee to finalize the bid procedures (the "Bid Procedures") designed to maximize value in these circumstances and provided a process letter to accompany the form asset purchase agreement.

13. Access to the Data Room was provided to all prospects. Given the nature of available assets, GrowthPoint coordinated software demonstrations with the prospects, a critical part of the due diligence process for potential buyers.

14. GrowthPoint received not less than 25 NDAs from prospective buyers.

15. GrowthPoint reviewed the 10 preliminary bids with the Trustee on March 29, 2016, and before the final bid deadline. GrowthPoint received numerous bids for different assets. GrowthPoint consolidated the bids into lots to maximize value for the Trustee. GrowthPoint advised the Trustee regarding deal structuring and bid consolidation. By the final bid deadline, GrowthPoint had received a total of 11 final bids, which included certain preliminary bids. The bidding process concluded on April 5, 2016, when the Trustee, in consultation with GrowthPoint, determined the successful bidders – Security Innovation, Inc. and Chime Inc.

16. The successful bidders negotiated in good faith and at arms' length, and I believe the value and consideration provided by Security Innovations and Chime pursuant to their respective asset purchase

agreements is the best value achieved through the rigorous process described above and under the circumstances of a liquidation sale.

I declare under penalty of perjury under the laws of the United States that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct to the best of my knowledge.

Dated: April 6, 2016

Name: John Savage

114092584v2

4