UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WAVE SYSTEMS CORP., | Case No. 16-10284 (KJC) |
| Debtor. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stephen M. Packman of Archer & Greiner, P.C., One Liberty Place, 32nd Floor, 1650 Market Street, Philadelphia, PA 19103 to represent David W. Carickhoff, the Chapter 7 Trustee in connection with the above-captioned case.

Dated: April 7, 2016

By: /s/ Jennifer L. Dering
Jennifer L. Dering (#4918)
ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: jdering@archerlaw.com

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

**Dated: April 7th, 2016**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**