**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| WAVE SYSTEMS CORP., | Case No. 16-10284 (KJC) |
| Debtor. | **Re: Docket Nos. 29, 36 52, and 86** |

## AMENDED NOTICE OF SUCCESSFUL BIDS AND BIDDERS

On February 26, 2016, David W. Carickhoff, the chapter 7 Trustee ( the "Trustee") of the estate of Wave Systems Corp. (the "Debtor") filed the *Motion of David W. Carickhoff, Chapter 7 Trustee, for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* (the "Motion").

On March 18, 2016, the Court entered the *Order (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Bid Procedures Order").

Pursuant to the Bid Procedures Order, on April 7, 2016, the Court held a sale hearing (the "Initial Sale Hearing") at which time the Trustee agreed to hold a live auction (the "Auction") on April 11, 2016.

The Auction was held and completed on April 11, 2016. A true and correct copy of the transcript of the Auction is attached hereto as **Exhibit 1** (the "Auction Transcript").

**SUCCESSFUL BIDS AND BIDDERS.** The Trustee, in consultation with his professionals, has exercised his reasonable business judgment and determined that the following bidders present the highest and best offers (the "Successful Bids") for the Purchased Assets[1]:

- ESW Capital, LLC– with a bid for right to sponsor plan of reorganization as filed on April 7, 2016 [Docket No. 79] and amended at the Initial Sale Hearing and Auction - as reflected in the Auction Transcript – but which excludes certain patents and the wave.com domain name; and

- Chime Inc. – with a bid of Four Hundred and Twenty Thousand Dollars ($420,000.00) for the wave.com domain name as set forth in its Asset Purchase Agreement attached hereto as **Exhibit 2 and as revised at the Auction as reflected in the Auction Transcript**.

**BACK-UP BIDDERS**. The Trustee, in consultation with his professionals, has exercised his reasonable business judgment and determined that SuperCom, Inc. (the "Backup Bidder") presents the next highest and best offer for the Acquired Assets (as set forth at the Auction and as reflected in the Auction Transcript.

In sum the ESW Capital, LLC ("ESW") winning bid is as follows: (1) $3,8000,000 for the operating technology (excluding the wave.com domain name and SED patents) if a chapter 11 plan process is unsuccessful; (2) $3,000,000 of debtor in possession financing for a chapter 11 process; and (3) $3,075,000 of additional consideration to paid on a chapter 11 plan effective date (in addition to the $3,800,000 that will be on deposit with the estate and released on the effective date as well for distribution under a chapter 11 plan).[2]

In sum, the Backup Bidder's bid is as follows:  (1) $3,8000,000 for the operating technology (excluding the wave.com domain name and SED patents) if a chapter 11 plan process

---

[1] Terms not defined herein shall have the meaning ascribed them in the Motion.

[2] This is meant to be a summary of the bid only. The Trustee will file an amended letter from ESW in advance of the Sale Hearing that shall provide additional detail on the bid.

2

is unsuccessful; (2) $3,000,000 of debtor in possession financing for a chapter 11 process; (3) $3,000,000 of additional consideration to paid on a chapter 11 plan effective date (in addition to the $3,800,000 that will be on deposit with the estate and released on the effective date as well for distribution under a chapter 11 plan); and (4) waiver of $1 million of an asserted $5.5 million claim of Safend.

**SALE HEARING.**  The Sale Hearing shall occur on **April 14, 2016 at 9:00 a.m.** (prevailing Eastern Time) before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom 5.  At the Sale Hearing, the Trustee will seek approval of the Successful Bids.

Dated:  April 12, 2016

*/s/ Jennifer L. Dering*
Jennifer L. Dering (No. 4918)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
E-mail: jdering@archerlaw.com

Counsel for the Chapter 7 Trustee

114116946v2